UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DARRELL KOZA ) | |
| ) | |
| V. ) | C.A. No. 15-315L |
| ) | |
| TOWN OF WESTERLY, ET AL ) | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated February 8, 2016, (and docketed as Document No. 24), the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Defendants' Motion to Dismiss is Denied.


ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
March 1, 2016